IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JULIUS CHATMAN,

    Plaintiff,                      No. CIV S-07-2803 MCE JFM PS

    vs.

LAURA KUZMAN, dba
1st American Card Service,

    Defendant.                ORDER

_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). In the affidavit, plaintiff states he received disability or workers compensation payments in the past 12 months. However, plaintiff failed to describe the source of that money, the amount received, and whether he expects to continue to receive those funds. Plaintiff also stated he owns a home worth $400,000.00. Plaintiff failed to note whether he owns the home free and clear, whether he is obligated to pay monthly mortgage payments and, if so, how much equity interest he has in the home. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

DATED: January 17, 2008.

UNITED STATES MAGISTRATE JUDGE

001
chatman.ifp